# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| BERNADETTE ANNE BATTLES, | ) |
| Plaintiff, | ) |
| v. | ) No. 07-6031-CV-SJ-DW |
| CITIGROUP, INC., et al., | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiff's Stipulation for Dismissal. Pursuant to the Stipulation, the Court hereby DISMISSES this case with each party to bear its own costs and expenses. The Clerk of the Court shall mark this case as closed.

Date:   September 13, 2007                /s/ Dean Whipple
                                           Dean Whipple
                                           United States District Judge